304 U.S. 585
 58 S.Ct. 1058
 82 L.Ed. 1546
 D. V. JOHNSON, doing business in name of Tennessee Grain Company, petitioner,
v.
IGLEHEART BROTHERS, Incorporated.*
 No. 1015.
 Supreme Court of the United States
 May 31, 1938
 
 Messrs. Emra H. Ireland, of Evansville, Ind., and Albert Stump, of Indianapolis, Ind., for petitioner.
 Messrs. George S. Herr, Oscar McPeak, and Lester E. Waterbury, all of New York City (Mr. Joseph H. Iglehart, of Evansville, Ind., for respondent.
 
 
 1
 For opinion below, see 95 F.2d 4.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 59 S.Ct. 59, 83 L.Ed. ——.